IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., etc.,<br><br>        Plaintiff,<br>   v.<br><br>DUC V. LUCC, et al.,<br><br>        Defendants. | No. C 10-0426 SI<br><br>**ORDER DENYING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** |

Attorney Wayne D. Lonstein moves for admission to the car of this Court pro hac vice to represent plaintiff in this action. Mr. Lonstein's motion is DENIED, because he does not designate as co-counsel an attorney "who is a member of the bar of this Court in good standing and who maintains an office within the State of California," as is required by Civil L. R. 11-3. Mr. Lonstein's certification on oath to the contrary notwithstanding, his designated co-counsel, Todd M. Leventhal, is not a member of the bar of this Court and does not maintain an office within the State of California.

Plaintiff may not maintain an action in this Court without appropriate legal representation. *See* Civil L. R. 11-1. **Plaintiff must obtain proper representation, either through designation of other local co-counsel or representation by an attorney who is a member of the bar of this Court, no later than April 23, 2010.**

**IT IS SO ORDERED.**

Dated: April 7, 2010

SUSAN ILLSTON
United States District Judge