UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Joe Hand Promotions, Inc.,

       Plaintiff(s),

 v.

Duc v. Luu, et. al.

       Defendant(s).

CASE NO. 10-00426 SI

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Wayne Lonstein, Esq., an active member in good standing of the bar of New York (particular court to which applicant is admitted) whose business address and telephone number is Lonstein Law Office, P.C.
1 Terrace Hill, P.O. Box 351
Ellenville, NY 12428
(845) 647-8500
, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Joe Hand Promotions, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 4/26/10

            United States District Judge

            Judge Illston